United States Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT WASHINGTON

| | | |
|---|---|---|
| **CHARLES WILLIAM EVANS,** | ) | |
| Plaintiff | ) | No. C10-1842-RSL-MAT |
| v. | ) | |
| | ) | **ORDER** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| Defendant. | ) | Noted: April 8, 2011 |

Pursuant to Plaintiff's agreed motion, it is hereby ordered that the scheduling order in this case be amended so that Plaintiff's opening brief is due on April 25, 2011, Defendant's brief on May 25, 2011, and Plaintiff's optional reply brief on June 8, 2011.

DATED this <u>18th</u> day of April, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

PROPOSED ORDER