01
02
03
04
05

06                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                           AT SEATTLE

08  CHARLES W. EVANS,                    )
                                         )  CASE NO. C10-1842-RSL
09            Plaintiff,                 )
                                         )
10       v.                              )  ORDER REMANDING ACTION
                                         )
11  CAROLYN W. COLVIN, Acting            )
    Commissioner of Social Security,     )
12                                       )
              Defendant.                 )
13  _____ )

14       This matter comes before the Court on the Report and Recommendation of the

15  Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. # 41), and the "Joint

16  Response to the Supplemental Report and Recommendation and Joint Motion to Vacate

17  Judgment" submitted by the parties (Dkt. # 42). Having reviewed the record in this matter, the

18  Court does hereby find and ORDER:

19       (1)  The Court adopts the Report and Recommendation.

20       (2)  This action is REMANDED to the Commissioner for further proceedings

21  consistent with the Ninth Circuit's disposition set forth in its May 22, 2013, Memorandum

22  opinion (Dkt. # 38).

ORDER REMANDING ACTION
PAGE -1

(3) Contrary to the parties' concern, the only judgment entered by the District Court was entered on December 12, 2011, and was subsequently vacated and remanded by the Ninth Circuit for further proceedings. The Ninth Circuit's mandate, entered in this Court's docket on July 17, 2013, resolved the appeal, not this underlying action. The joint motion to vacate judgment is therefore DENIED. This Court retains jurisdiction over the case until such time as the Commissioner files the results of the post-remand proceedings.

DATED this 4th day of September, 2013.

*[signature]*
ROBERT S. LASNIK
United States District Judge