United States District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES WILLIAM EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) CIVIL NO. 2:10-cv-01842-RSL<br>)<br>) ORDER FOR EAJA FEES, COSTS AND<br>) EXPENSES<br>)<br>)<br>)<br>) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $6,200 (which is for work performed by Victoria Chhagan in the amount of $5,000 plus work performed by Elie Halpern in the amount of $1,200) and expenses for Elie Halpern in the amount of $48.24 for postage and $1.00 for long distance phone calls and for Victoria Chhagan $93.06 for postage pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs for Elie Halpern in the amount of $23.20 for photocopies and for Victoria Chhagan $489.90 for photocopies and $95.70 for binding pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584

Halpern, at his office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, *WA 98502; however,*

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. McLean's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

DATED this 25't day of Jan., 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:

s/Elie Halpern
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584