1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES WILLIAM EVANS,<br><br>                     Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C10-1842-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES |

Plaintiff's counsel filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. 51.) Defendant does not object to the request. (Dkt. 52.) Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

(1) The Court GRANTS plaintiff's motion for the award requested. Plaintiff's attorney is awarded attorney's fees in the amount of $12,893.50, less a previously awarded EAJA fee of $6,200.00, to equal a total fee of $6,693.50;

(2) Defendant will release the total fee of $6,693.50, minus any applicable processing fees as allowed by statute; and

/ / /

ORDER GRANTING ATTORNEY FEES
PAGE - 1

(3)     The Clerk shall send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this <u>6th</u> day of April 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING ATTORNEY FEES
PAGE - 2